

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER TEDI EDWARDS,
    Petitioner,

v.

DISTRICT ATTORNEY FOR THE COUNTY
OF PHILADELPHIA, et al.
    Respondents.

CIVIL NO. 16-127

FILED
APR 07 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

**ORDER**

AND NOW, this 7th day of April 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and upon review of the Report and Recommendation ("R & R") of United States Magistrate Judge Linda K. Caracappa [Doc. No. 6], to which there were no objections, it is hereby **ORDERED** that:

1.     The R & R [Doc. No. 6] is **APPROVED** and **ADOPTED** for the reasons set forth therein;[1]

2.     The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice;

3.     There is no probable cause to issue a certificate of appealability.

The Clerk of Court is **DIRECTED** to mark this case closed.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.

---

[1] The Court agrees that Petitioner's petition is plainly time-barred by the limitations provisions in 28 U.S.C. § 2244, and no statutory or equitable tolling exceptions are applicable. Thus, summary dismissal of the petition is appropriate pursuant to 28 U.S.C. § 2243.